FRANCES BONGIOVANNI, Respondent, v. NICHOLAS BONGIOVANNI, Appellant.— Order unanimously modified so as to eliminate the provision for counsel fee and to grant visitation rights to the mother once every four weeks in New York City, and alternate visits at some neutral place in Wyandath. All visitations

to end at 5:00 P.M. As so modified the order is affirmed. On the record the relief granted by Special Term was unwarranted. Settle order on notice. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.